# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>J. NASH, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-00880-JAD-BNW<br><br>**ORDER EXTENDING STAY** |

　　This case was referred to the District Court's Inmate Early Mediation Program ("IEM") on October 6, 2020. The case was stayed for ninety (90) days to January 4, 2021, to allow the Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the mediation session with a court-appointed mediator cannot and will not be held before the stay expires. The Court now extends the stay until three days after the scheduled IEM, currently set for January 8, 2021, at 11:15 a.m. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

　　For the foregoing reasons, it is ordered that the stay is extended until three days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED October 29, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRENDA N. WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVAN RADCLIFF,<br><br>           Plaintiff,<br><br>    v.<br><br>J. NASH, *et al.*,<br><br>           Defendants. | Case No. 2:19-cv-00880-JAD-BNW<br><br>**Attorney General's Report of Results of 90-Day Stay** |

**NOTE: This form must be filed only by the Office of the Attorney General. The inmate plaintiff MUST NOT file this form**.

On October _____, 2020, the Court ordered the Office of the Attorney General of the State of Nevada to file its 90-day report three-days after the rescheduled mediation. By filing this form, the Office of the Attorney General hereby complies with that order.

## REPORT FORM

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case**: **The case was assigned to mediation by a court-appointed mediator during the 90-day stay**. [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature block.]

\_\_\_\_    A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement (*even if paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal*.)

/ / /

/ / /

/ / /

\_\_\_\_ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. (*If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal*.)

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [*enter date*].

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

\_\_\_\_ None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

\* \* \* \* \*

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations**. [If this statement is accurate, check *ONE* of the four statements below and fill in any additional information as required, then proceed to the signature block.]

\_\_\_\_ The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (*even if the paperwork to memorialize the settlement remains to be completed). (If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal*.)

\_\_\_\_ The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_ The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

/ / /

/ / /

\_\_\_\_ None of the above three statements fully describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

Submitted this _____ day of _____, _____ by:

Attorney Name: _____   _____
             Print                              Signature

Address: _____   Phone: _____

_____   Email: _____