UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. NASH, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:19-cv-00880-JAD-BNW<br><br>ORDER |

The Defendants have filed a motion seeking to vacate all deadlines in this action. (ECF No. 13).  The Defendants state that they have verbally agreed to a global settlement with Plaintiff, encompassing both this case and two other cases.  (*Id.* at 1-2.)  When reaching the settlement, Plaintiff agreed that the Defendants would file a notice informing the Court of the settlement agreement and a motion requesting that future deadlines be vacated.  (*Id.* at 2.)  The only pending deadlines in this case involve a mediation settlement conference scheduled for January 8, 2021.  (*Id.*)

For the foregoing reasons, **IT IS ORDERED** that:

1. The Defendants' motion is granted.  All pending deadlines in this case are vacated, and the mediation conference is canceled.

2. The Clerk of the Court shall send Sharon Hardin, the Early Inmate Mediation coordinator, a courtesy copy of this order.

3. Plaintiff and the Defendants shall file dismissal documents no later than Monday March 22, 2021, or else a joint status report informing the Court of the status of the settlement.

DATED THIS 6th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE