AARON D. FORD
Attorney General
Christopher M. Guy (Bar No. 15239)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Defendants*
*Jennifer Nash and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>             Plaintiff,<br><br>v.<br><br>J. NASH,<br><br>             Defendants. | Case No. 2:19-cv-00880-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 20 |

It is stipulated and agreed by and between Evan Ratcliff, Plaintiff pro se, and Defendants, Jennifer Nash and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Christopher M. Guy, Deputy Attorney General, that the above-caption matter has been resolved.

///

///

///

As a result, the above-captioned matter will be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs.

DATED: 3-3-21, 2021         DATED: 3.3, 2021

By: /s/ Evan Ratcliff
Evan Ratcliff
*Plaintiff Pro Se*

By: /s/ Chris
Christopher M. Guy
Deputy Attorney General
*Attorney for Defendants*

**ORDER**

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 6, 2021